# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 160 |
| | : | |
| ADOPTION OF RULE 403 OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2018, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for comment in the Pennsylvania Bulletin, 47 Pa.B. 3488 (June 24, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 403 of the Pennsylvania Rules of Disciplinary Enforcement is adopted in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.